No. 5388.—Canino, apldo., v. Pastrana, aplte.—C. D. San Juan. ▆▆▆▆▆ Julio 29, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Hutchison.)

Se desestima, por no ser apelable, de acuerdo con la sección 10 de la Ley de Desahucio de 1905, la sentencia dictada por la Corte de Distrito de San Juan en fecha 23 de mayo de 1930.

No. 5321.—Vargas, apldo., v. Lausell et al., apltes.—C. D. Aguadilla. ▆▆▆▆▆▆ Mayo 27, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Aldrey.)

Desestimado por abandono.